994

No. 89–723. GELB *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–725. NELSON *v.* PRN PRODUCTIONS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–727. THE PORTMAN *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–733. TOTH ET AL. *v.* USX CORP. C. A. 7th Cir. Certiorari denied.

No. 89–744. MOODY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–752. WEINSTEIN *v.* EHRENHAUS ET AL., DBA JACK EHRENHAUS ASSOCIATES. C. A. 2d Cir. Certiorari denied.

No. 89–5104. RYONO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5173. KITCHEN *v.* OJEDA ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–5333. JOSHUA ET UX. *v.* NEWELL, FOSTER HOME LICENSOR, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5394. AGNEW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5450. NAVARRO-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5495. COOPER *v.* ELEAZER ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–5519. NEUBAUER *v.* UNITED STATES; and
No. 89–5720. HILLING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 874 F. 2d 817.